

*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00677-CV

LaPoe **SMITH**, Jr.,
Appellant

v.

Marlon **JOPLIN**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-18721
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  January 12, 2011

VACATED and DISMISSED

The parties have filed a joint motion stating that they have reached a settlement and requesting that this court vacate the trial court's judgment and dismiss the case. The motion is granted. The trial court's judgment dated June 24, 2010 is vacated, and this appeal and the underlying cause are dismissed. TEX. R. APP. P. 42.1(a)(2)(A); 43.2(e). Costs of the appeal are taxed against the appellant. TEX. R. APP. P. 42.1(d).

PER CURIAM